# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARTHA LEFTWICH, | ) |
| PLAINTIFF, | ) |
| V. | ) 14-CV-00913-SGC |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S MOTION TO DISMISS

**COMES NOW** the Plaintiff, Martha Leftwich, in the above-styled case, and moves this Court to dismiss all of her claims against Defendant, Portfolio Recovery Associates, LLC, with prejudice.

/s/ JOHN C. HUBBARD
John C. Hubbard
ASB-8252-H46H
Attorney for Plaintiff
John C. Hubbard, LLC
PO Box 953
Birmingham, AL 35201
205-378-8121 – phone
205-690-4525 – fax